THOMAS COLLINS, Respondent, v. THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 22, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 23, 1890, which affirmed a judgment in favor
of plaintiff entered upon a verdict and also affirmed an order
denying a motion for a new trial.

*James F. Gluck* for appellant.

*Frank Brundage* for respondent.

Agree to affirm ; no opinion.
All concur, except FOLLETT, Ch. J., dissenting, and HAIGHT,
J., not voting.
· Judgment affirmed.